# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Donna Hernandez, individually and on behalf of all similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>RxC Acquisition Company,<br><br>Defendant. | Case No. CV 23-02140-PHX-MTM<br><br>**ORDER** |

The Court, having considered the Parties' Consent Motion to Transfer Venue ("Motion") (Doc. 20), and good cause appearing,

**IT IS ORDERED** that the Motion (Doc. 20) is GRANTED;

**IT IS FURTHER ORDERED** that this action be transferred to the United States District Court for the Western District of Pennsylvania;

**IT IS FURTHER ORDERED** that the Clerk of Court is authorized to transfer all pleadings and papers filed in the above-captioned action to the Clerk of the Western District of Pennsylvania.

Dated this 15th day of December, 2023.

_____
Honorable Michael T. Morrissey
United States Magistrate Judge